# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Tiana Frechette, et al., | : | |
| | : | |
|     *Individually, and on behalf of all others similarly situated,* | : | Case No. 2:19-cv-4453 |
| | : | |
| | : | Chief Judge Algenon L. Marbley |
| | : | |
|     Plaintiffs, | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
|   v. | : | |
| | : | |
| Health Recovery Services, Inc., | : | **PLAINTIFFS' MOTION TO DISMISS** |
| | : | |
|     Defendant. | | |

## PLAINTIFFS' MOTION TO DISMISS

Now comes Plaintiffs, pursuant to Rule 41(a)(2), and move the Court for an order dismissing this matter without prejudice.   "Whether dismissal should be granted under the authority of Rule 41(a)(2) is within the sound discretion of the district court." *Grover by Grover v. Eli Lilly and Co.*, 33 F.3d 716, 718 (6th Cir. 1994) (citing *Banque de Depots v. Nat'l Bank of Detroit*, 491 F.2d 753, 757 (6th Cir. 1974)). "[T]he purpose of Rule 41(a)(2) is to protect the nonmovant ... from unfair treatment." *Id.* To effectuate this purpose, district courts consider whether permitting voluntary dismissal will cause the nonmovant to suffer "plain legal prejudice;" the "mere prospect of a second lawsuit," however, does not constitute plain legal prejudice. *Id.*

This is a class action based on an alleged data breach involving private health care information.  On August 29, 2023, this Court entered an order denying Plaintiffs' Motion for Class Certification.  (Doc #80). As a result, Plaintiffs seek to voluntarily dismiss the case without prejudice.

1

Respectfully Submitted,

/s/ *Michael L. Fradin*
Michael L. Fradin, Attorney at Law
8 N. Court St. Suite 403
Athens, Ohio 45701
Phone: 847-644-3425
Fax: 847-673-1228

/s/ *James L. Simon*
James L. Simon
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44131
Telephone (216) 816-8696
james@simonsayspay.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I served the foregoing ***Motion to Dismiss*** through the Court's ECF.

/s/ Michael L. Fradin