.*AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

**TIANA FRECHETTE, ET AL.**

    **Plaintiff,**

       **Case No. 2:19-cv-4453**

  **v.**

       **Chief Judge Marbley**
**HEALTH RECOVERY SERVICES, INC.**  **Magistrate Judge Jolson**

    **Defendant.**

[ ]  **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[ ]  **Decision by Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

[X]  **Decision by Court.**   This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE OPINION AND ORDER** filed on March 21, 2024, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Date: March 21, 2024        **Richard W. Nagel, Clerk of Court**

        By:   /s/Jodi L. Keener
           Jodi L. Keener, Deputy Clerk